## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BIRKENSTOCK US BIDCO, INC.,

      Plaintiff,

v.

A2D1MTZIPRJK3R, et al.,

      Defendants.

Case No. 26-cv-01865

**Judge Matthew F. Kennelly**

**Magistrate Judge Keri L. Holleb Hotaling**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Birkenstock

US Bidco, Inc. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|----------------|----------|
| A2D1MTZIPRJK3R | 1 |
| A2FNG4VZD4E4G | 2 |
| AI53CTB2UNZ91 | 4 |

Dated this 26th day of March 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Hannah E. Dawson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
hdawson@gbc.law

*Counsel for Plaintiff Birkenstock US Bidco, Inc.*